Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
## for the
_____ District of _____

_____ Division

Quaron Jamal Collins
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Silvia Burden
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☐ No

FILED BY M̶F̶E̶ D.C.
OCT 30 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

**Emergency**

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

I. The Parties to This Complaint

A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Quavon Jamal Collins
Address: 2217 Spofford Ave Apt 40
City: West Palm Beach   State: FL   Zip Code: 33409
County: Palm Beach
Telephone Number: 561-294-8411
E-Mail Address: N/A

B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Silvia Burden
Job or Title (if known): Senior Probation Officer
Address: 4733 West Atlantic Avenue C3
City: Delray Beach   State: FL   Zip Code: 33445
County: Palm Beach
Telephone Number: Unknown
E-Mail Address (if known): silvia.burden@fdc.myflorida.com
[ ] Individual capacity   [X] Official capacity

Defendant No. 2
Name: 
Job or Title (if known): 
Address: 
City:    State:    Zip Code: 
County: 
Telephone Number: 
E-Mail Address (if known): 
[ ] Individual capacity   [ ] Official capacity

Defendant No. 3
  Name _____
  Job or Title (if known) _____
  Address _____
          _____
          City          State         Zip Code
  County _____
  Telephone Number _____
  E-Mail Address (if known) _____

  [ ] Individual capacity   [ ] Official capacity

Defendant No. 4
  Name _____
  Job or Title (if known) _____
  Address _____
          _____
          City          State         Zip Code
  County _____
  Telephone Number _____
  E-Mail Address (if known) _____

  [ ] Individual capacity   [ ] Official capacity

II. **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

   [ ] Federal officials (a *Bivens* claim)

   [X] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

   *Civil Rights Act, Section 1 of 14th Amendment, and First amendment*

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Acting as a state official, as my probation officer, the defendant violated Florida state laws 934.425 and 948.11

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

The defendant's former office, at 423 Fern street

B. What date and approximate time did the events giving rise to your claim(s) occur?

June 5th, 2023

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

The defendant placed an ankle monitor on me without having a court order, and she said I will have to pay for it. She threatened to place me under arrest if I did not sign the paper. She also told me that I am not allowed to use the internet which prevents me from searching for jobs and checking my bank account/having a retirement account. Please help. I have no conditions that prohibit internet use, its a 1st amendment violation.

IV. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

V. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I want the court to remove the device and waive any accrued expenses associated with it. I am asking $75,000 Punitive damages, I am being tracked illegally. The company that is tracking me has made harassing phone calls to me in the middle of the night and I have mental health issues. Emotional distress. Also, the defendant wants to charge me over $6,000 total for the device. Without internet I can't check my bank account efficiently, or apply for jobs...

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10-30-23

Signature of Plaintiff: *[signed]*
Printed Name of Plaintiff: Quaran Collins

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Address _____
    *City*    *State*    *Zip Code*
Telephone Number _____
E-mail Address _____

Attached is a copy of a written complaint to the circuit administrator of probation, which he discarded without reading.

My sentencing court was Queens Supreme Court at Kew Gardens
- NY04D03J
- Indictment No. 1127-15
- Sentencing Judge - Judge Zaro 110/130
- My New York Conviction, Penal Law
- Per FL Law, I believe I am on probation, NOT community control. (948.11)

Queens County Court
125-01 Queens Blvd
Kew Gardens, NY 11415
718-298-0792